### STATE v. JAMES A. RUSSELL.

(Filed 26 May, 1923.)

**Appeal and Error—Evidence—Issues of Fact.**

> The verdict of the jury upon controverted evidence of fact will not be disturbed when it appears that no error of law has been committed on the trial.

APPEAL by defendant from *Finley, J.,* at November Term, 1922, of IREDELL.

Criminal prosecution, tried upon an indictment charging the defendant with procuring an abortion in violation of C. S., 4227.

From an adverse verdict, and judgment of two years in the State's Prison, the defendant appealed, assigning errors.

*Attorney-General Manning and Assistant Attorney-General Nash for the State.*
*L. C. Caldwell for defendant.*

PER CURIAM. On the trial the controversy narrowed itself to questions of fact, all of which have been settled by the verdict. After a careful perusal of the record, we are convinced that the case has been tried in substantial conformity to the law as bearing on the subject, and we have found no sufficient reason for disturbing the result below.

No error.